# United States District Court
### EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

Denise Freeman

06-376-M-01

CASE NUMBER: 03-1196-M

**FILED**

AUG 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Denise Freeman** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court _X_ Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Possession of Cocaine (Sch II) - See Attached

In Violation of Title **21** United States Code, Section(s) **844**

**The Honorable Thomas Rawles Jones, Jr.**
Name of Issuing Officer

Signature of Issuing Officer

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

**United States Magistrate Judge**
Title of Issuing Officer

01- _13_ -2004
401 Courthouse Square Alexandria, VA 22314
Date and Location

| Date Received 1-13-04 | Name and Title of Arresting Officer Sean McLeod SDUSM | Signature of Arresting Officer Sean McLeod |
|---|---|---|
| Date of Arrest 8-18-06 | | |