IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

06-376-M-01

UNITED STATES OF AMERICA

v.

DENISE FREEMAN

DOCKET NO. 03- 1196 -M

COURT DATE: November 21, 2003

FILED
AUG 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL INFORMATION**

COUNT 1 (Misdemeanor - P2023916)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 26, 2003, at the Pentagon Reservation, in the Eastern District of Virginia, the defendant, DENISE FREEMAN, did knowingly, intentionally, and unlawfully possess cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 844.)

Respectfully submitted,

PAUL J. McNULTY
UNITED STATES ATTORNEY

By: _____
Paul A. Embroski
Special Assistant United States Attorney